**Order entered June 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01473-CV

**PATRICK CRAWFORD, Appellant**

**V.**

**CITIMORTGAGE INC., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02213**

## ORDER

The Court has before it appellant's June 10, 2013 motion to include copy of Citimortgage letter showing notice to purchase, sale or transfer of mortgage loan on 05/01/2013. The Court **DENIES** the motion.

/s/    ELIZABETH LANG-MIERS
        JUSTICE